IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHANCE EDWARD BLACK, : | |
| Plaintiff : | |
| v. : | CASE NO. 7:06-CV-75(HL) |
| JAMES DONALD, et al, : | |
| Defendants : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 10) filed November 14, 2006 has been read and considered and is, hereby, approved, adopted and made the Order of the Court except for the following modification.

The heading of subsection K refers to claims 22, 23, 25 and 24. However, the summary of this subsection fails to address or rule on claim 25. After reading the Recommendation it is obvious to this Court that claim 25 was simply overlooked in the summary of subsection K of the Recommendation, but clearly is encompassed by the Magistrate Judge's discussion and should have been dismissed as were claims 22 and 23.

Therefore, for the reasons stated in the Recommendation as pertaining to claims 22 and 23, and the explanation above, claim 25 is also hereby dismissed.

**SO ORDERED,** this the 7th day of December, 2006.

               s/ Hugh Lawson
               **HUGH LAWSON, Judge**
               **United States District Court**