IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHANCE EDWARD BLACK, :<br>  :<br>    Plaintiff, :<br>  :<br>vs. :<br>  :<br>JAMES CAMMON, Superintendent, et. al, :<br>  :<br>    Defendants. :<br>  : | Civil Action File No.<br>**7:06-CV-75 (HL)** |

**RECOMMENDATION**

On or about August 11, 2006, plaintiff, at the time an inmate at the Robert L. Patten Probation Detention Center, filed his initial § 1983 complaint in this action.

Defendant Moses Daniel died in October of 2007. Plaintiff requested that he be allowed to substitute the estate of Mr. Daniels. The undersigned allowed plaintiff the opportunity to find the representative of Mr. Daniel's estate by order dated August 20, 2009 (doc. 68), provided that plaintiff had to make the attempt within 30 days of the date of that order and submit proof thereof. Plaintiff has failed to comply with that order. Therefore, it is the RECOMMENDATION of defendant Moses Daniels and his estate be dismissed from this action.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 6th day of October, 2009.

                                               //S Richard L. Hodge  
                                               RICHARD L. HODGE  
                                               UNITED STATES MAGISTRATE JUDGE

msd