IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **CHANCE EDWARD BLACK,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:06-cv-75 (HL) |
| **JAMES CAMON,** | : | |
| Defendant. | : | |

_____

# ORDER

The Recommendation of United States Magistrate Judge G. Mallon Faircloth, entered February 9, 2010 (Doc. 71) is before the Court. Plaintiff has not filed written objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts the Recommendation. Defendant James Camon's Motion for Summary Judgment (Doc. 62) is granted.

**SO ORDERED**, this the 9th day of March, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh